IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

| | |
|---|---|
| BRADLEY MILIKEN,<br><br>　　　　　　Plaintiff,<br><br>-against-<br><br>TRANS UNION, LLC et al,<br><br>　　　　　　Defendants. | Civil Case Number: 2:23-cv-14374-AMC |

### NOTICE OF VOLUNTARY DISMISSAL AS TO TRANS UNION, LLC

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff hereby dismisses all claims in their entirety against Defendant **TRANS UNION, LLC only** in the above-captioned matter, with prejudice.

The parties shall bear their own attorneys' fees and costs incurred in this action as to TRANS UNION, LLC.

Dated:　　　December 14, 2023

/s/ Joseph Kanee
Joseph Kanee, Esq.
MARCUS & ZELMAN, LLC
4000 Ponce de Leon Blvd, Suite 470
Coral Gables, FL 33146
Tel: (786) 369-1122
Email: joseph@marcuszelman.com
*Attorneys for Plaintiff*