## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## FORT PIERCE DIVISON

BRADLEY MILIKEN,

                Plaintiff,

v.

HEALTHCARE REVENUE
RECOVERY GROUP D/B/A ARS
ACCOUNT RESOLUTION
SERVICES

&

ADVANCED COLLECTION
BUREAU, INC.

&

PORTFOLIO RECOVERY
ASSOCIATES, LLC

&

EXPERIAN INFORMATION
SOLUTIONS, INC.,

&

TRANSUNION, LLC

&

EQUIFAX INFORMATION
SERVICES, LLC

Case No: 2:23-cv-14374-AMC

## NOTICE OF SETTLEMENT AS TO
## PORTFOLIO RECOVERY ASSOCIATES, LLC

The undersigned counsel for the Plaintiff hereby provides notice to the Court that this matter has been settled as to all of Plaintiff's claims against Defendant **PORTFOLIO RECOVERY ASSOCIATES, LLC only** in this action. The parties anticipate that the performance of the terms of the settlement agreement will be completed within sixty (60) days of

the date of this notice, at which time, the parties shall file a Notice of Dismissal with prejudice as to **PORTFOLIO RECOVERY ASSOCIATES, LLC only.** It is respectfully requested that the matter against this Defendant be stayed for sixty (60) days to allow the parties to fully execute the settlement.

Dated:          January 2, 2024

                                         /s/ Joseph H. Kanee

                                        Joseph H. Kanee, Esq.
                                        MARCUS & ZELMAN, LLC
                                        4000 Ponce de Leon, Suite 470
                                        Coral Gables, FL 33146
                                        P: (786) 369-1122
                                        joseph@marcuszelman.com

                                        *Attorneys for Plaintiff*