# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### FORT PIERCE DIVISON

| | |
|---|---|
| BRADLEY MILIKEN, | ) |
| Plaintiff, | ) |
| v. | ) Case No: 2:23-cv-14374-AMC |
| HEALTHCARE REVENUE RECOVERY GROUP D/B/A ARS ACCOUNT RESOLUTION SERVICES | ) |
| & | ) |
| ADVANCED COLLECTION BUREAU, INC. | ) |
| & | ) |
| PORTFOLIO RECOVERY ASSOCIATES, LLC | ) |
| & | ) |
| EXPERIAN INFORMATION SOLUTIONS, INC., | ) |
| & | ) |
| TRANSUNION, LLC | ) |
| & | ) |
| EQUIFAX INFORMATION SERVICES, LLC | ) |

## JOINT NOTICE OF SETTLEMENT AS TO HEALTHCARE REVENUE RECOVERY GROUP D/B/A ARS ACCOUNT RESOLUTION SERVICES

The undersigned counsel hereby provide notice to the Court that this matter has been settled as to all of Plaintiff's claims against Defendant **HEALTHCARE REVENUE RECOVERY**

**GROUP D/B/A ARS ACCOUNT RESOLUTION SERVICES <u>only</u>** in this action. The parties anticipate that the performance of the terms of the settlement agreement will be completed within sixty (60) days of the date of this notice, at which time, the parties shall file a Notice of Dismissal with prejudice as to **HEALTHCARE REVENUE RECOVERY GROUP D/B/A ARS ACCOUNT RESOLUTION SERVICES <u>only</u>.** It is respectfully requested that the matter against this Defendant be stayed for sixty (60) days to allow the parties to fully execute the settlement.

Dated:	January 17, 2024

By:	<u>/s/ Joseph H. Kanee</u>

Joseph H. Kanee, Esq.  (FL Bar No. 1040922)
MARCUS & ZELMAN, LLC
4000 Ponce de Leon, Suite 470
Coral Gables, FL 33146
P: (786) 369-1122
joseph@marcuszelman.com

*Attorneys for Plaintiff*

<u>s/ Amelia Toy Rudolph</u>
Amelia Toy Rudolph (Florida Bar No. 57015)
EVERSHEDS SUTHERLAND (US) LLP
999 Peachtree Street, N.E.
Suite 2300
Atlanta, Georgia  30309
Tel:  (404) 853-8000
Fax:  (404) 853-8806
Email:  <u>amyrudolph@eversheds-sutherland.com</u>

*Attorneys for Defendant Healthcare Recovery Group d/b/a ARS Account Resolution Services*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been filed electronically on the **17th day of January 2024**.  Notice of this filing will be sent to all appearing parties by operation of the Court's electronic filing system.

Dated:  January 17, 2024

/s/ Joseph  H. Kanee

Joseph H. Kanee, Esq.