IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISON

| | | |
|---|---|---|
| BRADLEY MILIKEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | Case No: 2:23-cv-14374-AMC |
| HEALTHCARE REVENUE RECOVERY GROUP D/B/A ARS ACCOUNT RESOLUTION SERVICES | ) | |
| & | ) | |
| ADVANCED COLLECTION BUREAU, INC. | ) | |
| & | ) | |
| PORTFOLIO RECOVERY ASSOCIATES, LLC | ) | |
| & | ) | |
| EXPERIAN INFORMATION SOLUTIONS, INC., | ) | |
| & | ) | |
| TRANSUNION, LLC | ) | |
| & | ) | |
| EQUIFAX INFORMATION SERVICES, LLC | ) | |

**JOINT NOTICE OF SETTLEMENT AS TO
ADVANCED COLLECTION BUREAU, INC.**

The undersigned counsel hereby provide notice to the Court that this matter has been settled as to all of Plaintiff's claims against Defendant **ADVANCED COLLECTION BUREAU, INC.**

**only** in this action. The parties anticipate that the performance of the terms of the settlement agreement will be completed within sixty (60) days of the date of this notice, at which time, the parties shall file a Stipulation of Dismissal with prejudice as to **ADVANCED COLLECTION BUREAU, INC. only**.  It is respectfully requested that the matter against this Defendant be stayed for sixty (60) days to allow the parties to fully execute the settlement.

Dated:        January 30, 2024

By:   /s/ Joseph H. Kanee
Joseph H. Kanee, Esq.
MARCUS & ZELMAN, LLC
4000 Ponce de Leon, Suite 470
Coral Gables, FL 33146
P: (786) 369-1122
joseph@marcuszelman.com

*Attorneys for Plaintiff*


s/ Ernest Henry Kohlmyer, III
Ernest Henry Kohlmyer, III
SHEPARD, SMITH, KOHLMYER & HAND, P.A.
2300 Maitland Center Parkway, Suite 100
Maitland, FL 32751
P: (407) 622-1772
skohlmyer@shepardfirm.com

*Attorneys for Defendant*
*Advanced Collection Bureau, Inc.*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing has been filed electronically on the **30th day of January 2024**.  Notice of this filing will be sent to all appearing parties by operation of the Court's electronic filing system.

Dated:  January 30, 2024

/s/ Joseph  H. Kanee

Joseph H. Kanee, Esq.