IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISON

| | |
|---|---|
| BRADLEY MILIKEN, <br><br> Plaintiff, <br> v. <br><br> HEALTHCARE REVENUE RECOVERY GROUP D/B/A ARS ACCOUNT RESOLUTION SERVICES <br><br> & <br><br> ADVANCED COLLECTION BUREAU, INC. <br><br> & <br><br> PORTFOLIO RECOVERY ASSOCIATES, LLC <br><br> & <br><br> EXPERIAN INFORMATION SOLUTIONS, INC., <br><br> & <br><br> TRANSUNION, LLC <br><br> & <br><br> EQUIFAX INFORMATION SERVICES, LLC | Case No: 2:23-cv-14374-AMC |

**JOINT NOTICE OF SETTLEMENT AS TO
EQUIFAX INFORMATION SERVICES, LLC**

The undersigned counsel hereby provides notice to the Court that this matter has been settled as to all of Plaintiff's claims against Defendant **EQUIFAX INFORMATION SERVICES, LLC only** in this action. The parties anticipate that the performance of the terms of the settlement agreement will be completed within sixty (60) days of the date of this notice, at

which time, the parties shall file a Stipulation of Dismissal with prejudice as to **EQUIFAX INFORMATION SERVICES, LLC <u>only</u>.** It is respectfully requested that the matter against this Defendant be stayed for sixty (60) days to allow the parties to fully execute the settlement.

Dated:        February 15, 2024

<u>/s/ Joseph H. Kanee</u>
Joseph H. Kanee, Esq.
MARCUS & ZELMAN, LLC
4000 Ponce de Leon, Suite 470
Coral Gables, FL 33146
P: (786) 369-1122
joseph@marcuszelman.com
*Attorney for Plaintiff*

<u>/s/ Jason Daniel Joffe</u>
Jason Daniel Joffe, Esq.
SQUIRE PATTON BOGGS (US) LLP
200 South Biscayne Blvd, Suite 3400
Miami, FL 33131
P: (305) 577-7010
jason.joffe@squirepb.com
*Attorney for Defendant*
*Equifax Information Services, LLC*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing has been filed electronically on the **15th day of February 2024**.  Notice of this filing will be sent to all appearing parties by operation of the Court's electronic filing system.

Dated:  February 15, 2024

/s/ Joseph H. Kanee

Joseph H. Kanee, Esq.