IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISON

| | |
|---|---|
| BRADLEY MILIKEN,<br><br>          Plaintiff,<br>v.<br><br>HEALTHCARE REVENUE RECOVERY GROUP D/B/A ARS ACCOUNT RESOLUTION SERVICES<br><br>&<br><br>ADVANCED COLLECTION BUREAU, INC.<br><br>&<br><br>PORTFOLIO RECOVERY ASSOCIATES, LLC<br><br>&<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>&<br><br>TRANSUNION, LLC<br><br>&<br><br>EQUIFAX INFORMATION SERVICES, LLC<br><br>          Defendants. | Case No: 2:23-cv-14374-AMC |

**JOINT NOTICE OF SETTLEMENT AS TO**
**EXPERIAN INFORMATION SOLUTIONS, INC.**

The undersigned counsel hereby provides notice to the Court that this matter has been settled as to all of Plaintiff's claims against Defendant **EXPERIAN INFORMATION SOLUTIONS, INC. only** in this action. The parties anticipate that the performance of the terms of the settlement agreement will be completed within sixty (60) days of the date of this notice, at

which time, the parties shall file a Stipulation of Dismissal with prejudice as to **EXPERIAN INFORMATION SOLUTIONS, INC.** It is respectfully requested that the matter against this Defendant be stayed for sixty (60) days to allow the parties to fully execute the settlement.

Dated:            February 28, 2024

   /s/ Joseph H. Kanee
Joseph H. Kanee, Esq.
MARCUS & ZELMAN, LLC
4000 Ponce de Leon, Suite 470
Coral Gables, FL 33146
P: (786) 369-1122
joseph@marcuszelman.com
*Attorney for Plaintiff*

/s/ Jean Phillip Shami
Jean Phillip Shami, Esq.
JONES DAY
600 Brickell Avenue, Suite 3300
Miami, FL 33131
P: (305) 714-9706
jshami@jonesday.com
*Attorney for Defendant*
*Experian Information Solutions, Inc.*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing has been filed electronically on the **28th day of February 2024**. Notice of this filing will be sent to all appearing parties by operation of the Court's electronic filing system.

Dated: February 28, 2024

/s/ Joseph H. Kanee

Joseph H. Kanee, Esq.