**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT PIERCE DIVISON**

| | |
|---|---|
| BRADLEY MILIKEN, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | Case No: 2:23-cv-14374-AMC |
| HEALTHCARE REVENUE ) | |
| RECOVERY GROUP D/B/A ARS ) | |
| ACCOUNT RESOLUTION ) | |
| SERVICES ) | |
| ) | |
| & ) | |
| ) | |
| ADVANCED COLLECTION ) | |
| BUREAU, INC. ) | |
| ) | |
| & ) | |
| ) | |
| PORTFOLIO RECOVERY ) | |
| ASSOCIATES, LLC ) | |
| ) | |
| & ) | |
| ) | |
| EXPERIAN INFORMATION ) | |
| SOLUTIONS, INC., ) | |
| ) | |
| & ) | |
| ) | |
| TRANSUNION, LLC ) | |
| ) | |
| & ) | |
| ) | |
| EQUIFAX INFORMATION ) | |
| SERVICES, LLC ) | |
| ) | |

**STIPULATION OF DISMISSAL WITH PREJUDICE AS TO**
**ADVANCED COLLECTION BUREAU, INC.**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Bradley Miliken and Defendant Advanced Collection Bureau, Inc. ("The Parties"), hereby stipulate and

agree that Plaintiff's claims against Defendant **ADVANCED COLLECTION BUREAU, INC. only** in this action shall be dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

Dated:        March 7, 2024

By:     /s/ Joseph H. Kanee
Joseph H. Kanee, Esq.
MARCUS & ZELMAN, LLC
4000 Ponce de Leon, Suite 470
Coral Gables, FL 33146
P: (786) 369-1122
joseph@marcuszelman.com
*Attorney for Plaintiff*

*s/ Ernest Henry Kohlmyer, III*
Ernest Henry Kohlmyer, III
SHEPARD, SMITH, KOHLMYER & HAND, P.A.
2300 Maitland Center Parkway, Suite 100
Maitland, FL 32751
P: (407) 622-1772
skohlmyer@shepardfirm.com
*Attorney for Defendant*
*Advanced Collection Bureau, Inc.*

/s/ Jean Phillip Shami
Jean Phillip Shami, Esq.
JONES DAY
600 Brickell Avenue, Suite 3300
Miami, FL 33131
P: (305) 714-9706
jshami@jonesday.com
*Attorney for Defendant*
*Experian Information Solutions, Inc.*

/s/ Jason Daniel Joffe
Jason Daniel Joffe, Esq.
SQUIRE SANDERS & DEMPSEY LLP
200 S. Biscayne Boulevard, 40th Floor
Miami, FL 33131
P: (305) 577-7000
jason.joffe@squirepb.com
*Attorney for Defendant*
*Equifax Information Services, LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been filed electronically on the **7th day of March 2024**. Notice of this filing will be sent to all appearing parties by operation of the Court's electronic filing system.

Dated:  March 7, 2024

/s/ Joseph  H. Kanee
Joseph H. Kanee, Esq.