UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

CASE NO. 23-14374-CIV-CANNON/Maynard

**BRADLEY MILIKEN**,

    Plaintiff,

v.

**HEALTHCARE REVENUE RECOVERY GROUP,
EXPERIAN INFORMATION
SOLUTIONS, INC. and EQUIFAX
INFORMATION SERVICES LLC**,

    Defendants.
_____/

## ORDER CLOSING CASE AND DISMISSING WITH PREJUDICE

**THIS CAUSE** comes before the Court upon the parties' Stipulations of Dismissal as to Defendants Healthcare Revenue Recovery Group, Experian Information Solutions, Inc., and Equifax Information Services LLC, filed on April 18, 2024 [ECF Nos. 57–58]. Pursuant to Rule 41(a)(1)(A)(ii), the Stipulations of Dismissal, signed by all parties who have appeared, are self-executing and dismisses the case "effective immediately upon filing." *See Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272, 1277 (11th Cir. 2012). Accordingly, this case is **DISMISSED WITH PREJUDICE** effective April 18, 2024, the date on which the parties filed their Stipulations of Dismissal [ECF Nos. 57–58].

The Clerk of Court is directed to **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 19th day of April 2024.

                                                     _____
                                                     **AILEEN M. CANNON**
                                                     **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record